1  Michael S. Agruss (SBN: 259567)
   AGRUSS LAW FIRM, LLC
2  22 W. Washington Street, Suite 1500
   Chicago, IL 60602
3  Tel: 312-224-4695
   Fax: 312-253-4451
4  michael@agrusslawfirm.com
   Attorney for Plaintiff,
5  MONICA RIVARA

6

7               **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
8                    **WESTERN DIVISION**

9  MONICA RIVARA,                    )
                                     )
10                                   )  **Case No.:** 2:13-cv-00648-SJO-CW
         Plaintiff,                  )
11                                   )
       v.                            )  **VOLUNTARY DISMISSAL**
12                                   )
   NATIONAL CHECK RECOVERY           )
13 SERVICES,                         )
                                     )
14                                   )
         Defendant.                  )
15

16      Plaintiff, MONICA RIVARA, through Agruss Law Firm, LLC, and pursuant to Federal

17 Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses this case, without prejudice, against

18 Defendant, NATIONAL CHECK RECOVERY SERVICES.

19

20   DATED:  July 15, 2013            AGRUSS LAW FIRM, LLC

21                                    By:/s/ Michael Agruss_____
                                        Michael S. Agruss
22                                      Attorney for Plaintiff
                                        MONICA RIVARA
23

24

25

                                        1

## PROOF OF SERVICE

I, Michael S. Agruss, state the following:

I am employed in Chicago, Illinois.  I am over the age of 18, and am not a party to this action.  My business address is 22 W. Washington Street, Suite 1500, Chicago, IL 60602.  On July 15, 2013, I served the following documents:

**VOLUNTARY DISMISSAL**

On the parties listed below:

National Check Recovery Services
1800 Elmwood Avenue
Buffalo NY 14207-2410

By the following means of service:

[X]     **BY MAIL:** I deposited the envelope in the mail in Chicago, Illinois.  The envelope was mailed with postage fully prepaid.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document was deposited with the U.S. Postal Service on this date with postage fully prepaid in Chicago, Illinois, in the ordinary course of business.

[X]     **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on July 15, 2013, in Chicago, Illinois.


By:___/s/ Michael S. Agruss___
                Michael S. Agruss

2